IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

RICHARD BROWN

VS.                                                    CIVIL ACTION NO. 4:08CV117-WAP-DAS

STEPHEN SIMPSON, ET AL.

## **ORDER**

This matter is before the court following the court's order granting a motion to compel and asking defense counsel to submit an affidavit concerning its fees accrued. Defense counsel submitted an affidavit showing she spent seven hours on the issues surrounding the motion to compel at $150 per hour. Again, plaintiff's counsel has not responded, and thus, the court finds he does not object. Moreover, the court finds the amount reasonable and hereby orders plaintiff's counsel – not the plaintiff – to pay $ 1,050.00 to the Mississippi Attorney General's office no later than October 2, 2010.

SO ORDERED, this the 21st day of September, 2010.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE